January, 1932; and it is further directed that such evidence, if any, as was taken in the Children's Court, at the time of the hearing in this case, concerning these felonious acts, be included in the record.

In the Matter of the Construction of the Last Will and Testament of HENRY B. BILLINGS, Deceased.— Decree reversed on the law and facts in so far as it determined that the 6th paragraph of the will was invalid, and in all other respects affirmed. This court holds that the bequest in the 6th paragraph of the will is a valid bequest to Mae Taylor Higgins. (*Matter of Megrue*, 135 Misc. 16; affd., 229 App. Div. 711; affd., 254 N. Y. 658; *Matter of Cobb*, 9 N. Y. St. Repr. 583; affd., 112 N. Y. 672; *Walter* v. *Walter*, 60 Misc. 383; affd., 133 App. Div. 893; affd., 197 N. Y. 606.) Matter remitted to surrogate to enter a decree that the 6th paragraph of the will is a valid bequest to Mae Taylor Higgins. Costs to all parties filing briefs payable out of the estate. All concur, except Hinman, J., who dissents.

JOHN DZIUBA, Appellant, v. BUFF & BUFF, INC., and WILLARD WRIGHT, Respondents.— Order unanimously affirmed, with costs.

In the Matter of the Application of EITINGON SCHILD Co., INC., Petitioner, for a Certiorari Order against THOMAS M. LYNCH and Others, Constituting the State Tax Commission, Respondents. (Proceeding No. 1.) In the Matter of the Application of EITINGON SCHILD Co., INC., Petitioner, for a Certiorari Order against THOMAS M. LYNCH and Others, Constituting the State Tax Commission, Respondents. (Proceeding No. 2.)— Determination of Tax Commission is confirmed, with fifty dollars costs and disbursements. (*People ex rel. Kohlman & Co.* v. *Law*, 239 N. Y. 346.) All concur, except Hill, J., who dissents on the ground that in the segregation of assets those employed outside of the State of New York were improperly allocated to the business within the State.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOHN NAVIN, Respondent.— Order unanimously affirmed.

In the Matter of the Application of FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Petitioner, for a Certiorari Order against PUBLIC SERVICE COMMISSION, Respondent; CHARLES VOLLMER, Intervenor.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

In the Matter of the Application of FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Petitioner, for a Certiorari Order against PUBLIC SERVICE COMMISSION, Respondent. CHARLES VOLLMER, Intervenor.— Determination unanimously confirmed.

C. I. T. CORPORATION, Appellant, v. WALTER H. WHITE, Respondent.— Judgment and order unanimously affirmed, with costs.

JAMES A. TAYLOR, Respondent, v. ELMER WILSON and IRENE WILSON, Appellants.— Judgment unanimously affirmed, with costs. Rhodes, J., not sitting.

JOHN HOWE, an Individual Doing Business under the Name and Style of HOWE BROTHERS, Respondent, v. THOMAS MCCOCHRANE, Appellant.— Judgment and order reversed, on the facts, and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is excessive, unless the plaintiff stipulates to reduce the verdict to $769, with interest thereon from March 3, 1925, in which event the judgment is modified accordingly and as modified the judgment and order are affirmed, with costs of this appeal to the appellant. All concur.

In the Matter of the Trusts under the Last Will and Testament of GEORGE